# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**ALBANY MEDICAL CENTER**

               V.               **CASE NUMBER: 1:04-CV-1399(FJS/RFT)**

**UNITED STATES OF AMERICA**


**[ ]**     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., dated January 10, 2007.


DATED:    <u>January 10, 2007</u>

                                                */s/ Lawrence K. Baerman*
                                                Clerk of Court

LKB:lmp